# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DERRICK JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **2:21-cv-00822-AMM** |
| | ) | |
| **FRESENIUS USA** | ) | |
| **MANUFACTURING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

## NOTICE CONERNING MEDIATION
_____

COMES NOW Plaintiff Derrick Johnson, by and through his attorney of record, and hereby files this Notice Concerning Mediation.

1. The parties conducted mediation in Birmingham, Alabama with mediator David Arendall on October 3, 2021. During the mediation, the parties were able to resolve this matter.

2. The parties will file a stipulation of dismissal with prejudice and with costs taxed as paid within forty-five (45) days.

Respectfully submitted,

*/s/ Alicia K. Haynes*
Alicia K. Haynes
One of the Attorneys for Plaintiffs

**OF COUNSEL:**
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, AL 35226
(205) 879-0377
akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically delivers notice to all counsel of record.

M. Jefferson Starling, III
Christina R. Pantazis
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 226-3406
Facsimile: (205) 488-5889
jstarling@balch.com
cpantazis@balch.com

*/s/ Alicia K. Haynes*
OF COUNSEL