# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DERRICK JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **2:21-cv-00822-AMM** |
| | ) | |
| **FRESENIUS USA** | ) | |
| **MANUFACTURING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL

COME NOWS Plaintiff Derrick Johnson and hereby submits to this Honorable Court that the parties have resolved all claims in this matter. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff requests this matter be dismissed WITH PREJUDICE, with costs taxed as paid.

Respectfully submitted,

*/s/Alicia K. Haynes*
Alicia K. Haynes
One of the Attorneys for Plaintiff

**OF COUNSEL:**
**HAYNES & HAYNES, P.C.**
1600 Woodmere Dr.
Birmingham, AL 35226
(205) 879-0377
akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically delivers notice to all counsel of record.

M. Jefferson Starling, III
Christina R. Pantazis
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 226-3406
Facsimile: (205) 488-5889
jstarling@balch.com
cpantazis@balch.com

                                                   /s/ *Alicia K. Haynes*
                                                   OF COUNSEL